# EXHIBIT 1

**Summons and Complaint**

# EXHIBIT 1

Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, Nevada 89128
Ph: (702)202-4223
Fax: (702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

## DISTRICT COURT
## CLARK COUNTY, NEVADA

CATHERINE A. CIERI,

            Plaintiff,

vs.

FLAMINGO LAS VEGAS OPERATING
COMPANY, LLC, a Nevada Limited
Liability Company,

            Defendant.

CASE NO: A-21-839541-C
Case No.

Dept. Department 26

## SUMMONS - CIVIL
**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
READ THE INFORMATION BELOW.**

**TO:    FLAMINGO LAS VEGAS OPERATING COMPANY, LLC:**  A civil Complaint has

been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is

served on you, exclusive of the day of service, you must do the following:

    (a)    File with the Clerk of this Court, whose address is shown below, a formal

written response to the Complaint in accordance with the rules of the

Court, with the appropriate filing fee.

    (b)    Serve a copy of your response upon the attorney whose name and address

is shown below.

    2.    Unless you respond, your default will be entered upon application of the

Plaintiff(s) and failure to so respond will result in a judgment of default against

you for the relief demanded in the Complaint, which could result in the taking of

money or property or other relief requested in the Complaint.

    3.    If you intend to seek the advice of an attorney in this matter, you should do so

Exhibit 1  Page 1

1    promptly so that your response may be filed on time.

2    4.    The State of Nevada, its political subdivisions, agencies, officers, employees,

3    board members, commission members and legislators each have 45 days after

4    service of this Summons within which to file an Answer or other responsive

5    pleading to the Complaint.

6

7    Submitted by:

8    LAW OFFICES OF MARY F. CHAPMAN            STEVEN D. GRIERSON

9                                             CLERK OF COURT

10

11   By: /S/ Mary F. Chapman, Esq.                                         8/16/2021

12       Mary F. Chapman, Esq.

13   Attorney for Plaintiff                    Robyn Rodriguez
                                               By: Deputy Clerk      Date

14   8440 West Lake Mead Blvd., Suite 203      Regional Justice Center

15   Las Vegas, Nevada 89128                   200 Lewis Avenue

16                                             Las Vegas, Nevada 89155

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

Exhibit 1  Page 2

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA            )

                           ) ss:

COUNTY OF CLARK            )

_____, being first duly sworn, says: That at all times herein, affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made.  This affiant received _____ copy(ies) of the Summons, Complaint and Initial Appearance Fee, _____ on the _____ day of _____, 2019, and served the same on the _____ day of _____, 2019, by:

**(Affiant must complete the appropriate paragraph)**

1.      Delivering and leaving a copy with the Defendant _____ at (state address) _____.

2.      Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) _____.

**[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3.      Serving the Defendant _____ by personally delivering and leaving a copy at (state address)

        _____

   (a)    With _____ as _____, an agent lawfully designated by statute to accept service of process;

   (b)    With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address is the address of the resident agent shown on the current certificate of designation filed with the Secretary of State.

– 3 –

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

Exhibit 1  Page 3

4.    Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

      ❑ Ordinary mail
      ❑ Certified mail, return receipt requested
      ❑ Registered mail, return receipt requested

addressed to the Defendant _____ at Defendant's last known address which is(state address)

_____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this _____ day of _____, 2019.


_____
Signature of Person Making Service

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

Exhibit 1  Page 4

Electronically Filed
8/16/2021 1:19 PM
Steven D. Grierson
CLERK OF THE COURT

1  COMP
Law Office of Mary F. Chapman, Ltd.
2  Mary F. Chapman, Esq.
Nevada Bar No. 6591
3  8440 W. Lake Mead Blvd.
Suite 203
4  Las Vegas, Nevada 89128
(702)202-4223
5  (702)202-2003
maryf.chapman@juno.com
6  Attorney for Plaintiff

CASE NO: A-21-839541-C
Department 26

7                   **DISTRICT COURT**
                 **CLARK COUNTY, NEVADA**
8

9  CATHERINE A. CIERI,              )        Case No.
                                   )
                    Plaintiff,     )
10                                 )        Dept.
    vs.                            )
11                                 )
    FLAMINGO LAS VEGAS OPERATING   )
12  COMPANY, LLC, a Nevada Limited )
    Liability Company,             )        **JURY TRIAL DEMANDED**
13                                 )
                    Defendant.     )
14  _____)

15                     **COMPLAINT**

16      Plaintiff, Catherine A. Cieri (hereafter "Plaintiff" or

17  "Cieri"), by and through her attorney, the Law Office of Mary F.

18  Chapman, Ltd., hereby alleges and complains as follows:

19                **VENUE AND JURISDICTION**

20      1.   This action is being brought pursuant to the common law

21  of the State of Nevada as defined by the Nevada Supreme Court in

22  Hansen v. Harrahs, 100 Nev. 60 (1984), tortuous discharge for

23  filing a workers compensation claim.

24      2.   Additionally, Ms. Cieri alleges a violation of the

25  Americans With Disabilities Act of 1990 (hereafter "ADA"), as

26  amended, 42 U.S. C. §12111, et seq., and Nevada Revised Statutes

27  §613.330.

28      3.   The conduct and employment issues alleged herein

occurred in County of Clark, Nevada.

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

Exhibit 1  Page 5

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

1   4.   Ms. Cieri is seeking damages in excess of ten thousand
2   dollars ($10,000.00).

3   5.   Accordingly, venue and jurisdiction are properly
4   established with this Court.

5                    **GENERAL ALLEGATIONS**

6   6.   At all relevant times, Ms. Cieri was employed by
7   Defendant in Clark County, Nevada and was during all relevant
8   times a resident of Clark County, NV.

9   7.   Ms. Cieri was employed by Defendant Flamingo Las Vegas
10  Operating Company, LLC (hereafter "Defendant" or "Flamingo")
11  as a Human Resources Coordinator.

12  8.   Ms. Cieri is a disabled person as defined by the ADA
13  because she suffers from a disability (bulging discs) that
14  substantially limits her neck mobility and interferes with other
15  normal life activities.

16  9.   Ms. Cieri was a qualified individual under the ADA
17  because she performed all essential functions of her job.

18  10.  Throughout her employment, Ms. Cieri continued to
19  request a reasonable accommodation, specifically she repeatedly
20  requested a telephone headset, to assist her in performing her
21  job.

22  11.  Ms. Cieri was repeatedly denied her request for an
23  accommodation by her supervisor Angela Pfeifauf.

24  12.  On or about , Ms. Cieri submitted a formal request for
25  a headset with her doctor submitting the ADA accomodations form
26  to human resources.

27  / / /

28  / / /

-2-

Exhibit 1  Page 6

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

1     13.   Ms. Cieri's request for a reasonable accommodation,

2   to be able to use a telephone headset, was once again denied.

3   Human resources did not provided an alternative to her request or

4   engage in an interactive process to provide a reasonable

5   accommodation.

6     14.   On or about September 25, 2020, Ms. Cieri was injured

7   on the job when she slipped and fell due to some beer having been

8   spilled on the floor.

9     15.   Ms. Cieri reported the on the job injury and filed a

10  workers compensation claim.

11    16.   On or about November 2, 2020, Ms. Cieri's employment

12  was terminated.

13    17.   Defendant is a Nevada limited liability company which

14  is licensed to do business in the State of Nevada.

15    18.   Defendant is an employer as defined by the ADA and NRS

16  §613.330 because it has 15 or more employees.

17                   **FIRST CAUSE OF ACTION**

18  **WRONGFUL TERMINATION FOR FILING A WORKERS' COMPENSATION CLAIM IN**

19                **VIOLATION OF NEVADA'S PUBLIC POLICY**

20    19.   Ms. Cieri hereby repeats, re-alleges, and

21  incorporates by reference paragraphs 1-18 contained above as

22  though fully set forth herein.

23    20.   On or about September 25, 2020, Ms. Cieri was injured

24  when she fell stepping off an escalator due to beer spilled on

25  the tile floor.

26    21.   Ms. Cieri followed company policy and immediately

27  reported the injury.

28  / / /

                              - 3 -

Exhibit 1  Page 7

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

22.   On or about October 7, 2020, Ms. Cieri sought medical treatment and a form C-4 was submitted due to persistent pain in her hip, knee, wrist, elbow and arm.  Ms. Cieri also experienced headaches.

23.   Ms. Cieri continued working and performed all of her job functions.

24.   On or about October 2, 2020, Ms. Cieri advised her supervisor that she was suffering from a headache related to the September 25, 2020, work place injury.  Her supervisor sent her home and ordered her to take a COVID test.

25.   Ms. Cieri submitted herself for the COVID test (she tested negative) as order by her employer even though her issue was an injury related headache and she had no COVID symptoms. Ms. Cieri's pay was docked 6 hours because the supervisor sent her home from work.

26.   On or about October 15, 2020, Ms. Cieri via email complained to her supervisor about the docking of her pay for being sent home related to a work place injury.

27.   Ms. Cieri was written up on October 15, 2020, because she complained about her pay being docked.

28.   Based upon information and belief, Defendant in whole or in part terminated Ms. Cieri's employment on November 2, 2020, in retaliation for her filing of a workers' compensation claim in violation of Nevada law.

29.   Ms. Cieri incurred lost wages and lost benefits as a result of Defendant's wrongful termination and is entitled to back pay and compensatory damages.

/ / /

- 4 -

Exhibit 1  Page 8

1    30.   Defendant's actions were done intentionally with malice
2 and forethought knowing they would inflict undue injury/hardship
3 upon Ms. Cieri.   Accordingly, Ms. Cieri is legally entitled to
4 receive punitive damages.

5                        **SECOND CAUSE OF ACTION**

6              **VIOLATION OF THE ADA and NRS §613.330**

7              **(Disability Discrimination and Retaliation)**

8    31.   Ms. Ceiri hereby repeats, re-alleges, and
9 incorporates by reference paragraphs 1-30 contained above as
10 though fully set forth herein.

11   32.   Shortly after beginner her employment with Defendant,
12 Ms. Cieri ask her supervisor for a telephonic headset.

13   28.   Ms. Cieri explained to her supervisor that she had
14 issues with her neck and that prolonged time on the telephone
15 wherein she was holding the phone between her shoulder and her
16 chin to allow her to type into the computer was aggravating her
17 neck condition.

18   29.   Despite repeated conversations and attempts to receive
19 a reasonable accommodation (specifically a telephonic headset)
20 Ms. Cieri's supervisor Angela Pfeifauf repeatedly denied her
21 request without explanation or discussion regarding other
22 possible accomodations.

23   30.   On or about October 21, 2020, Ms. Cieri made a formal
24 request to Human Resources for a reasonable accommodation due to
25 her supervisor's continued refusal to accommodate her disability.

26   31.   Ms. Cieri's doctor completed the necessary medical
27 forms requesting the accommodation and returned then to human
28 resources as instructed.

- 5 -

Exhibit 1  Page 9

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

1    32.   Ms. Cieri's requested accommodation was denied without
2 comment or explanation.

3    33.   Dependant did not engage in the interactive process.

4    34.   Based upon information and belief, Defendant in whole
5 or in part terminated Ms. Cieri's employment based upon her
6 request for accommodation, disability, perceived disability
7 and/or in retaliation for her engaging in protected activity in
8 violation of the ADA and NRS §613.330.

9    35.   Ms. Cieri filed a timely charge of discrimination
10 with the Nevada Equal Rights Commission ("NERC") and the Equal
11 Employment Opportunity Commission ("EEOC").

12   36.   Ms. Cieri was issued a right to sue letter by the
13 EEOC, and has timely filed this legal action.

14   37.   Ms. Cieri suffered consequential and compensatory
15 losses, including but not limited to lost wages and benefits.

16   38.   Ms. Cieri has a statutory right to punitive damages
17 because the Defendant's managers and/or agents actions were
18 wilful, knowing and intended to injure or otherwise cause harm to
19 Ms. Cieri thereby making their actions and refusal to take
20 corrective measures malicious.

21   39.   Ms. Cieri has a statutory right to recover all
22 attorney's fees and costs.

23   WHEREFORE, Ms. Cieri prays for judgment against Defendant as
24 follows:

25   1.   For consequential and compensatory damages in an amount
26        in excess of $10,000.00;

27   2.   For punitive damages in excess of $10,000.00;

28   3.   For all attorney's fees and costs incurred herein; and

- 6 -

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

Exhibit 1  Page 10

1    4.    For such other relief as the Court may deem just and

2          proper.

3 Dated this 16th day of August, 2021.

4                              Respectfully submitted,
                               Law Office of Mary F. Chapman, Ltd.

5                               /S/ Mary F. Chapman, Esq. #6591
6                              Mary F. Chapman, Esq.
                               8440 W. Lake Mead Blvd., Ste. 203
7                              Las Vegas, Nevada 89128
                               Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

Exhibit 1  Page 11

Electronically Filed
8/16/2021 1:19 PM
Steven D. Grierson
CLERK OF THE COURT

1  **IAF**
Law Office of Mary F. Chapman, Ltd.
2  Mary F. Chapman, Esq.
Nevada Bar No. 6591
3  8440 W. Lake Mead Blvd.
Suite 203
4  Las Vegas, Nevada 89128
(702)202-4223
5  (702)202-2003
maryf.chapman@juno.com
6  Attorney for Plaintiff

CASE NO: A-21-839541-C
Department 26

7            **DISTRICT COURT**
         **CLARK COUNTY, NEVADA**
8
CATHERINE A. CIERI,                )
9                                   )   Case No.
                Plaintiff,          )
10                                  )   Dept.
vs.                                 )
11                                  )
FLAMINGO LAS VEGAS OPERATING        )
12 COMPANY, LLC, a Nevada Limited)
Liability Company,                  )
13                                  )
                Defendant.          )
14 _____ )

              **INITIAL APPEARANCE FEE**
15
        Pursuant to NRS Chapter 19, as amended by Senate Bill 106,
16
filing fees were submitted on June 29, 2021, for the party
17
appearing in the above entitled action as indicated below:
18
Plaintiff Catherine A. Cieri                        $ 270.00
19
Total Required Remittance                           $ 270.00
20
DATED this 16th day of August, 2021.
21
22                          Respectfully submitted,
                            Law Office of Mary F. Chapman, Ltd.
23                           /S/ Mary F. Chapman, Esq. #6591
                            Mary F. Chapman, Esq.
24                          8440 W. Lake Mead Blvd., Ste. 203
                            Las Vegas, Nevada 89128
25
26
27
28

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003