UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. CIERI;<br><br>             Plaintiff,<br><br>v.<br><br>FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, a Nevada Limited Liability Company,<br><br>             Defendant. | Case No. 2:21-CV-01705-GMN-NJK<br><br>ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT |

      WHEREAS, on or about July 13, 2021, Plaintiff Catherine A. Cieri ("Plaintiff") filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission against Flamingo Las Vegas Operating Company, LLC, Charge No. 487-2021-01321 (the "Flamingo Charge");

      WHEREAS, on or about August 16, 2021, Plaintiff filed her Complaint in the instant action, which named Flamingo Las Vegas Operating Company, LLC ("Flamingo") as the sole named defendant in this case;

      WHEREAS, on or about August 27, 2021, Plaintiff caused the Summons and Complaint to be served on Flamingo;

      WHEREAS, on or about September 15, 2021, Flamingo filed its Answer to Plaintiff's Complaint, and in such Answer, noted the lack of an employment relationship between Plaintiff and Flamingo;

WHEREAS, Plaintiff now acknowledges that Flamingo was not Plaintiff's employer, and as such, Flamingo and Plaintiff have agreed pursuant to Federal Rule of Civil Procedure 15(a)(2), to allow Plaintiff to amend her Complaint in order to name Plaintiff's former employer, Caesars Enterprise Service, LLC ("CES"), as a defendant in place of existing defendant Flamingo;

NOW, THEREFORE, it is hereby STIPULATED by Plaintiff and Flamingo as follows:

1. Plaintiff shall have until October 19, 2021, to file a First Amended Complaint to name CES as a defendant in place of existing defendant Flamingo.

IT IS SO STIPULATED.

DATED this __6th__ day of October, 2021.

| LAW OFFICE OF MARY F. CHAPMAN, LTD. | FENNEMORE CRAIG, P.C. |
|---|---|
| /s/ Mary F. Chapman<br>Mary F. Chapman, Esq.<br>State Bar No. 6591<br>8440 W. Lake Mead Blvd.<br>Suite 203<br>Las Vegas, NV 89128<br>Tel: (702) 202-4223<br><br>*Attorney for Plaintiff* | /s/ Shannon S. Pierce<br>Shannon S. Pierce (Bar No. 12471)<br>Geenamarie V. Carucci (Bar No. 15393)<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Telephone: (775) 788-2200<br>Facsimile: (775) 786-1177<br><br>*Attorneys for Defendant*<br>*Flamingo Las Vegas Operating Company, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: October 6, 2021

2