FENNEMORE CRAIG, P.C.
Shannon S. Pierce (Bar No. 12471)
Geenamarie Carucci (Bar No. 15363)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com
       gcarucci@fennemorelaw.com

Attorneys for Defendant
Caesars Enterprise Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. CIERI,<br><br>  Plaintiff,<br><br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company; ROE COMPANIES 1-10,<br>  Defendant. | Case No. 2:21-cv-01705-GMN-NJK<br><br>**STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |

  Pursuant to ECF No. 9 (Order Scheduling Early Neutral Evaluation), Plaintiff Catherine A. Cieri, by and through her counsel of record, and Defendant Caesars Enterprise Services, LLC, by and through its counsel of record, respectfully request that the Court continue the Early Neutral Evaluation session ("ENE") currently scheduled for November 16, 2021 at 10:00 a.m. Good cause exists to continue the ENE, as lead counsel for Defendant, Ms. Shannon Pierce, is unable to attend due to an emergency medical issue.

  The parties and their respective counsel of record are available on any and all of the following alternate dates:

   a. January 6, 2022;

   b. January 11, 2022;

FENNEMORE CRAIG,
P.C.
ATTORNEYS AT LAW
RENO

      c. January 19, 2022;

      d. January 20, 2022; and

      e. January 25, 2022.

Therefore, the parties respectfully request that the ENE be continued to one of the dates set forth above (or another date, after the above-referenced dates, on which the Court is available).

DATED: November 4, 2021      LAW OFFICE OF MARY F. CHAPMAN, LTD.

By: /s/ *Mary Chapman*
     Mary F. Chapman

Attorney for Plaintiff
Catherine A. Cieri

DATED: November 4, 2021      FENNEMORE CRAIG, P.C.

By: /s/ *Shannon S. Pierce*
     Shannon S. Pierce

Attorneys for Defendant
Caesars Enterprise Services, LLC

## ORDER

IT IS SO ORDERED. The Early Neutral Evaluation scheduled for November 16, 2021 is VACATED and **RESET** for **Thursday, January 6, 2022 at 10:00 a.m.** via video conference. IT IS FURTHER ORDERED that the confidential evaluation statements are due by **4:00 p.m.** on **Monday, January 3, 2022.** All other provisions of the Court's Order (ECF No. 9) remain in effect.

DATED this 5th day of November, 2021.

_____
Daniel J. Albregts
United States Magistrate Judge