FENNEMORE CRAIG, P.C.
Shannon S. Pierce (Bar No. 12471)
Geenamarie Carucci (Bar No. 15393)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com

gcarucci@fennemorelaw.com

*Attorneys for Defendant*
*Caesars Enterprise Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. CIERI;<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No. 2:21-CV-1705-CDS-NJK<br><br>**STIPULATION AND ORDER TO RESET EARLY NEUTRAL EVALUATION SESSION** |

Shannon S. Pierce, Esq. and Geenamarie Carucci, Esq., of the law firm of Fennemore Craig, P.C., on behalf of Defendant CAESARS ENTERPRISE SERVICES, LLC ("CES") respectfully request that the Court reset the Early Neutral Evaluation session ("ENE") in this matter.

The parties originally had an ENE scheduled for January 6, 2022. *See* ECF 23. However, on December 29, 2021, the Court ordered a 90-day emergency stay ("Stay") due to a life-threatening health condition affecting Plaintiff, which paused all existing deadlines. *See* ECF 29. In the process, the Court also vacated the ENE, which was scheduled for January 6, 2022. *See* ECF 30. The Stay lifted on March 29, 2022. No ENE has since been scheduled. Consequently, CES requests that this Court schedule a new ENE date.

Defendant and its counsel of record are available on any of the following alternate dates:

a. June 7, 2022

b. June 16, 2022

c. June 29, 2022

1

21472873.1

Prior to filing this Request, Defendants met and conferred with Plaintiff concerning the above dates. It is Defendants' understanding that Plaintiff and her counsel of record are also available on the above dates.

DATED: May 17, 2022

| | |
|---|---|
| FENNEMORE CRAIG, P.C. | LAW OFFICE OF MARY F. CHAPMAN, LTD. |
| */s/ Shannon S. Pierce*<br>Shannon S. Pierce (Bar No. 12471)<br>Geenamarie Carucci (Bar No. 15393)<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Tel: (775) 788-2200<br>Fax: (775) 786-1177 | */s/ Mary F. Chapman*<br>Mary F. Chapman, Esq.<br>8440 W. Lake Mead Blvd, Suite 203<br>Las Vegas, NV 89128<br>Tel: (702) 202-4223<br>Fax: (702) 202-2003 |
| *Attorneys for Defendant*<br>*Caesars Enterprise Services, LLC* | *Attorney for Plaintiff*<br>*Catherine A. Cieri* |

**ORDER OF THE COURT:**

**IT IS ORDERED** that the Early Neutral Evaluation is RESET to **Thursday, June 16, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by Noon on Thursday, June 9, 2022.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 9) remain in effect.

DATED: May 18, 2022

_____
UNITED STATES MAGISTRATE JUDGE

21472873.1

# CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **STIPULATION AND ORDER TO RESET EARLY NEUTRAL EVALUATION SESSION** on the parties set forth below by email according to the parties agreement addressed as follows:

Mary F. Chapman, Esq.
Law Office of Mary F. Chapman, Ltd.
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, NV 89128
maryf.chapman@juno.com
*Attorney for Plaintiff*

DATED this 17th day of May 2022.

*/s/ Linda S. Bailey*
An employee of FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200   Fax: (775) 786-1177

3

21472873.1